THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HENRY ELIAS BREWING COMPANY, Appellant, *v.* FRANK GASS, as Register of the County of New York, Respondent.

*People ex rel. Elias Brewing Co.* v. *Gass,* 120 App. Div. 147, affirmed.
(Argued January 6, 1908; decided January 21, 1908.)

APPEAL from an order of Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to record a certain mortgage on leases without the payment of a recording tax.

*Arthur B. Hyman* and *Martin Paskus* for appellant.

*William S. Jackson, Attorney-General (James A. Donnelly* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.